**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Windsor Hotel Group, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names  
   dba Hampton Inn by Hilton Kilgore

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 7 - 5 1 8 6 8 6 3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **3109 US Highway 259 North** | **940 Linda Flora Dr.** |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | **Kilgore    TX    75662-2105** | **Los Angeles    CA    90049** |
   | City    State    ZIP Code | City    State    ZIP Code |
   | **Gregg** | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Windsor Hotel Group, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **7  2  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   Check all that apply:

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Windsor Hotel Group, LLC** _____    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.    District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY
              District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY
              District _____ When ___/___/_____ Case number _____
                                    MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.    Debtor _____ Relationship _____
              District _____ When ___/___/_____
                                                MM / DD / YYYY
              Case number, if known _____

              Debtor _____ Relationship _____
              District _____ When ___/___/_____
                                                MM / DD / YYYY
              Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in _this district_?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**    *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**    _____
                                 Number    Street
                                 _____
                                 _____
                                 City                State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Windsor Hotel Group, LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **04/02/2024**
    MM / DD / YYYY

    X **/s/ Badruddin Damani** _____
    Signature of authorized representative of debtor
    **Badruddin Damani**
    Printed name
    **CEO & Managing Member**
    Title

Debtor **Windsor Hotel Group, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | X **/s/ Joyce W. Lindauer** <br> Signature of attorney for debtor | Date **04/02/2024** <br> MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number      Street

**1412 Main Street, Suite 500**

**Dallas**                                **TX**           **75202**
City                                     State          ZIP Code

**(972) 503-4033**                        **joyce@joycelindauer.com**
Contact phone                             Email address

**21555700**                              **TX**
Bar number                                State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE:   **Windsor Hotel Group, LLC**                                              CASE NO

                                                                                                              CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/2/2024                                              Signature  /s/ Badruddin Damani
                                                                                      *Badruddin Damani*
                                                                                      *CEO & Managing Member*

Date _____                                Signature _____

Ascentium Capital
23970 Highway 59 N.
Kingwood, TX 77339


ASP of Longview
803 Cherokee St.
Longview, TX 75604


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Citizen Bank
PO Box 1900
Elizabeth, TN 37644


City of Kilgore
815 N. Kilgore St.
Kilgore, TX 75662


Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711-0000

Courtesy Products
PO Box 840020
Kansas City, MO 64184


David Sudeck
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars
Los Angeles, CA 90067


Direct TV
PO Box 5006
Carol Stream, IL 60197

```
Golden Malted
PO Box 129
Concordville, PA 19331


Guest Supply
PO Box 6771
Somerset, NJ 08875-6771


HD Supply
PO Box 509058
San Diego, CA 92150


Hilton Franchise Holding LLC
c/o Kenneth Shaw
755 Crossover Lane
Memphis, TN 38117


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242


Mood Media
PO Box 602777
Charlotte, NC 28260


PLI
PO Box 679814
Dallas, TX


Royal Cup
PO Box 841000
Dallas, TX 75284
```

```
Securities and Exchange Commission
Fort Worth Regional Office
c/o Farol Parcol, Bankruptcy Counsel
801 Cherry Street, 11th Floor
Fort Worth, TX 76102

Sysco
4577 Estes Parkway
Longview, TX



Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0001



TK Elevator
3100 Interstate North Circle SE
Suite 500
Atlanta, GA 30339


U.S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U.S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702
```